*Peter C Stannard III & Paige C. Lucas-Stannard       09-54490*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CITIBANK | $ 6,788.72 | $ 66.50 |
| 3 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY | $ 1,538.88 | $ 15.07 |
| 4 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF FIA CARD | $ 2,156.26 | $ 21.12 |
| 5 | City of Cuyahoga Falls Law Department | $ 50.00 | $ (0.49) |
| 6 | HS FINANCIAL GROUP, LLC. | $ 3,620.90 | $ 35.47 |
| 7 | Student Loan Xpress, Inc. | $ 96,655.45 | $ 946.74 |
| 8 | Summa Health System | $ 75.00 | $ (0.73) |
| 10 | American Infosource Lp As Agent for | $ 90.79 | $ (0.89) |
| 11 | Cavalry Portfolio Services, LLC | $ 7,193.45 | $ 70.46 |

*$2.11*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

*ck # 1010*
*receipt # 81730*

UST Form 101-7-NFR (9/1/2009) (Page 4)

09-54490-mss    Doc 23-1    FILED 07/22/10    ENTERED 07/22/10 11:45:53    Page 4 of 5

09-54490-mss    Doc 28    FILED 08/27/10    ENTERED 08/27/10 15:24:02    Page 1 of 1

FILED 2010 AUG 27 PM 1:20
U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON